opinion filed October 29, 1948; re-hearing denied December 9, 1948; released for publication December 10, 1948. N. E. Hutson, for appellant; Edie & Corbett, for appellee; O. E. Corbett, of counsel. Opinion by JUSTICE WHEAT. Not to be published in full.

Julia Rauscher and John E. Rauscher, Appellees, v. Boulevard Manor Defense Homes, Inc., Appellant.

Gen. No. 44,201.

opinion filed November 16, 1948; released for publication December 2, 1948. Kriebel & Hubbard, for appellant; no appearance for appellees. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

John A. Maslasky and Lillian H. Maslasky, Appellees, v. Boulevard Manor Defense Homes, Inc., Appellant.

Gen. No. 44,202.